Eastern District of Kentucky
**F I L E D**
APR 0 1 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

UNITED STATES OF AMERICA

V.                                                    INDICTMENT NO. 5:21-CR-35-KKC

JOSHUA E. PREECE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 2251(a)

On or about November 5, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

employed, used, persuaded, induced, enticed, and coerced Minor Victim #1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 2
### 18 U.S.C. § 2251(a)

On or about October 27, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

employed, used, persuaded, induced, enticed, and coerced a minor, identified as h._XXXX_XXXX14, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 3
### 18 U.S.C. § 2251(a)

On or about October 29, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

employed, used, persuaded, induced, enticed, and coerced a minor, identified as h._XXXX_XXXX14, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or

foreign commerce or in or affecting interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, all in violation of 18 U.S.C. § 2251(a).

## COUNT 4
### 18 U.S.C. §§ 2251(a) and (e)

On or about January 29, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

attempted to employ, use, persuade, induce, entice, and coerce a minor, identified as hXXXX, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 5
### 18 U.S.C. §§ 2251(a) and (e)

On or about April 29, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

attempted to employ, use, persuade, induce, entice, and coerce a minor, identified as

AXXXXXXXp, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 6
### 18 U.S.C. §§ 2251(a) and (e)

On or about May 12, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

attempted to employ, use, persuade, induce, entice, and coerce a minor, identified as tXXXXt, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 7
### 18 U.S.C. §§ 2251(a) and (e)

On or about July 12, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

attempted to employ, use, persuade, induce, entice, and coerce a minor, identified as CXXX_IXXX, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce and the visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 8
### 18 U.S.C. §§ 2251(a) and (e)

On or about September 30, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

attempted to employ, use, persuade, induce, entice, and coerce a minor, identified as MXXXXXXXX CXX, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 9
### 18 U.S.C. §§ 2251(a) and (e)

On or about October 14, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

attempted to employ, use, persuade, induce, entice, and coerce a minor, identified as aXXXXs, to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct, knowing and having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce, all in violation of 18 U.S.C. §§ 2251(a) and (e).

## COUNT 10
### 18 U.S.C. § 2252(a)(2)

On or about November 5, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 11
## 18 U.S.C. § 2252(a)(2)

On or about October 27, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

### JOSHUA E. PREECE

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 12
## 18 U.S.C. § 2252(a)(2)

On or about October 29, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

### JOSHUA E. PREECE

did knowingly receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 13
## 18 U.S.C. §§ 2252(a)(2) and (b)(1)

On or about January 29, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

did knowingly attempt to receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 14
### 18 U.S.C. §§ 2252(a)(2) and (b)(1)

On or about April 29, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

did knowingly attempt to receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 15
### 18 U.S.C. §§ 2252(a)(2) and (b)(1)

On or about May 12, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

did knowingly attempt to receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual

depiction was of such conduct, all in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 16
### 18 U.S.C. §§ 2252(a)(2) and (b)(1)

On or about July 12, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

did knowingly attempt to receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 17
### 18 U.S.C. §§ 2252(a)(2) and (b)(1)

On or about September 30, 2018, in Bath County, in the Eastern District of Kentucky, and elsewhere,

**JOSHUA E. PREECE**

did knowingly attempt to receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).

## COUNT 18
### 18 U.S.C. §§ 2252(a)(2)

On or about October 14, 2018, in Bath County, in the Eastern District of

Kentucky, and elsewhere,

### JOSHUA E. PREECE

did knowingly attempt to receive a visual depiction using any means or facility of interstate or foreign commerce, including by computer, and the production of said visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct, all in violation of 18 U.S.C. § 2252(a)(2).

### FORFEITURE ALLEGATION
### 18 U.S.C. § 2253

By virtue of the commission of the offenses alleged in this Indictment, any and all interest **JOSHUA E. PREECE** has in the following property:

**COMPUTER AND ASSOCIATED EQUIPMENT**:

1. Samsung Galaxy No 8 cell phone, serial number R38J80WJ0TN; and
2. All software and peripherals which are contained on or associated with the listed equipment.

is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

A TRUE BILL

_____
FOREPERSON

_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNTS 1-9:** Not less than 15 years nor more than 30 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**COUNTS 10-18:** Not less than 5 years nor more than 20 years imprisonment, $250,000 fine, and not less than 5 years nor more than lifetime supervised release.

**PLUS:** Forfeiture of all listed property.

**PLUS:** Mandatory special assessment of $100 per count. Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110, committed after May 29, 2015 through September 30, 2021.

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.